UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Great American Insurance
Company,

    Plaintiff,

        v.                            Case No.   1:15cv087

M & D transportation
Services, Inc., *et al.*,                    Judge Michael R. Barrett

    Defendants.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on October 27, 2015 (Doc. 88).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 88) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's Motion for a Ruling on Doc. 65, Order (Doc. 87) is **GRANTED**.

    Consistent with the recommendation by the Magistrate Judge, and pursuant to Federal Rule of Civil Procedure 55, Plaintiff is hereby **ORDERED** to file applications for default and motions for default judgment against the following Defendants: Stark Logistics, LLC; Network Xpress, Inc.; Tiesler Trucking, Inc.; Artur Express, Inc.; G.M.

1

Freight, Inc.; Assist Financial Services, Inc., on behalf of Litmax Lines, Inc.; Litmax Lines, Inc.; Kee & C Enterprises, LLC; United States Freight Service-Road and Rail, Inc.; Seven Star Express, Inc.; London Transport, Inc.; Freight Transport, Inc.; Trucking Experts, LLC; Leyte Gulf, Ltd.; Frank's Vacuum Truck Service, Inc.; JPMKL, Inc.; Sunbelt Finances, LLC, on behalf of On Time Logistics, LLC; Clark Transportation, Inc.; Cargo Transit Corp.; JB Transportation, Inc.; Riviera Finance of Texas, Inc., on behalf of Southwind Transportation, Inc., and Udui Trucking, LLC; Udui Trucking, LLC; A.J. Lines, Inc.; OF Carrier, LLC; Firstline Funding Group, on behalf of Eva Logistics, Inc., and SAS Transportation, LLC; SAS Transportation, LLC; Menke, LLC; ZS Transportation, LLC; USXL Worldwide, LLC; JD Factors, Inc., on behalf of BNX, LLC, and Pro Star Freight Systems, Inc.; BNX, LLC; Pro Star Freight Systems, Inc.; JT Express, Inc.; Corelogic, Inc., on behalf of LTI Trucking Services, Inc., Stallion Transportation Group, Inc., and A&S Services Group, Inc.; LTI Trucking Services, Inc.; Stallion Transportation Group, LLC; A&S Services Group, Inc.; Golden Eagle Transportation; Pioneer Tank Lines, Inc.; Taylor Logistics, doing business as Taylor Truck Line, Inc.; Tower Truck Lines, Inc.; Miller & Overton Trucking, Inc.; MAG Transportation, LLC; Fischer Trucking, Inc.; JTrans, Inc.; Special Delivery Express, Inc.; All Seasons Express, LLC; Nationwide Freight Systems, Inc.; American Highway, Inc.; Buchanan Hauling & Rigging, Inc.; LCA Trucking, Inc.; Ash Transport, LLC; Pinewood Transportation, Ltd.; HD Express, Inc.; Pocono Motor Freight, Inc.; Freight Zone Transportation, LLC; MMM Freight Corp.; GP Transportation Co.; St. Charles Trading, Inc.; Stewardship, Inc.; Transport One, Inc.; Owner-Operators Independent Drivers Association, on behalf of LHO Transport, Inc., and TJ Transportation, LLC; LHO

Transport, Inc.; TJ Transportation, LLC; A&M Carriers, LLC; Bill Funk Trucking, Inc.; Chasers Express, LLC; M&P Trans, Inc.; Terminal Transport, Inc.; West Wind Logistics, Inc.; Logistics Services, Inc.; Bohren Logistics, Inc.; H.T.I. Hall Trucking Express, Inc.; Dennis R. Hilker Trucking, LLC; National Express Carriers, Inc.; KW Transit, Inc.; Riviera Finance of Texas, Inc., on behalf of Drina Trans, Inc.; Drina Trans, Inc.; B&M Transportation, LLC; Krueger Transportation, Inc.; Century Finance, LLC, on behalf of Coast 2 Coast Transport, Inc.; Danways Express, LLC; Sargent Trucking, LLC; Uriel Trucking, LLC; Casket Carriers, Inc.; Trademark Transportation, Inc.; RG Transport, LLC; TAK Trucking, Inc.; B&Z Logistics, Inc.; Flagship Transportation, LLC; Family Transport, Inc.; HMD Trucking, Inc.; Herrington Transportation, Inc.; P&B Logistics, Inc.; and Piccolo, Inc.

**IT IS SO ORDERED.**

                                                                  */s/ Michael R. Barrett*
                                                                  Michael R. Barrett
                                                                  United States District Judge