UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Great American Insurance
Company,

    Plaintiff,

        v.                        Case No.   1:15cv087

M & D Transportation Services,
Inc., *et al.*,                      Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the December 31, 2015 Report and Recommendation ("R&R") filed by the Magistrate Judge (Doc. 97).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 97) of the Magistrate Judge is hereby **ADOPTED.** The Court notes that on January 6, 2016, the Plaintiff filed a Motion for Default Judgment (Doc. 98) seeking a Clerk's entry of default against Defendants Apex Capital Corp. o/b/o National Express Carriers, Inc.; Genex Express Enterprises, Inc.; Webb Farm Services; Baxter Bailey & Associates, Inc., o/b/o Herrington Transportation, Inc.; Family Transport, Inc.; HMD Trucking, Inc.; Piccolo, Inc.; and P&B Logistics, Inc.. The Clerk shall here by enter default against the aforementioned

1

Defendants.

        **IT IS SO ORDERED.**

                                      */s/ Michael R. Barrett*
                                Michael R. Barrett
                                United States District Judge